

1600 Liberty Building, 424 Main Street, Buffalo, New York 14202
P 716.854.3400 ◂ www.RuppPfalzgraf.com

**CHAD A. DAVENPORT**
Davenport@RuppPfalzgraf.com

July 12, 2024

<u>Via CM/ECF</u>

Hon. Lawrence J. Vilardo
United States District Court Judge
United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York 14202

Dear Judge Vilardo:

    Re: **Daniel Ryan, et al. v. the Town of Amherst, et al.**
       Index No.: 24-CV-00536
       Our File No.:  8234.33891

    On July 9, 2024, our office was contacted by a claims representative with Stillwater Insurance Company regarding Ms. Sidote's request for assistance in obtaining an extension.  No attorney has appeared on her behalf on this matter, and so I agreed to request an extension for Ms. Sidote to answer the complaint.

    All other defendants in this case have been granted until <u>September 18, 2024,</u> to respond to the complaint.  We respectfully request that the Court grant Ms. Sidote the same extension as the other defendants, allowing her until <u>September 18, 2024</u>, to file her response.

    If the Court requires any additional information or has any questions, please do not hesitate to contact our office.  Thank you for your consideration of this request.

              Very truly yours,

              *Chad Davenport*

              Chad A. Davenport